AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**SHADAWNCEA J. GARDNER**

**(Name and Address of Defendant)**

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about __September 21, 2005__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant did, (Track Statutory Language of Offense)

having been convicted of a crime punishable by imprisonment for a term exceeding one year, ship and transport in interstate and foreign commerce, and possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition, which had been shipped and transported in interstate and foreign commerce, that is, a .22 caliber revolver and .22 caliber ammunition.

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__.

I further state that I am __OFFICER KHALELA R. DIXON__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

**Continued on the attached sheet and made a part hereof:**     ☒ Yes   ☐ No

Signature of Complainant
**OFFICER KHALELA R. DIXON**
**SIXTH DISTRICT, MPD**

Sworn to before me and subscribed in my presence,

_____     at     __Washington, D.C.__
Date                                                                              City and State

_____           _____
Name & Title of Judicial Officer                                Signature of Judicial Officer