## STATEMENT OF FACTS

On Wednesday, September 21, 2005, at about 4:45 p.m., a sworn officer with the Metropolitan Police Department's Sixth District went to xxx Xxxxxxxx Xxxxxx, X.X., Washington, D.C., to execute a D.C. Superior Court arrest warrant for defendant Shadawcea Gardner. Once inside the officers placed the defendant under arrest. While in the defendant's bedroom, officers saw a gun holster on the floor by the mattress. Officers lifted the mattress and saw a gun. Officers recovered a loaded .22 caliber revolver. On the scene the defendant stated that the gun belonged to him. To the best of the undersigned officer's knowledge, defendant Shadawcea Gardner has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in D.C. Superior Court Criminal Case No. F2787-03. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime. He wrote his initials on the computer print-out that she reviewed, so that she would recognize it again in the future. To the best of this officer's knowledge there are no .22 caliber revolvers nor ammunition manufactured in the District of Columbia.

---

OFFICER KHALELA R. DIXON
SIXTH DISTRICT, MPD

SWORN AND SUBSCRIBED BEFORE ME ON THIS ___ DAY OF SEPTEMBER, 2005.

---

U.S. MAGISTRATE JUDGE