UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA       :

v.                             :       MAGISTRATE NO. 05-0506M-01 (CR)

SHADAWCEA J. GARDNER,          :       **FILED**

                                       OCT 20 2005
              **DISMISSAL**
                                       NANCY MAYER WHITTINGTON, CLERK
                                          U.S. DISTRICT COURT

    The United States, by its attorney, the United States Attorney for the District of Columbia, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby requests leave of Court to dismiss the above-captioned case, without prejudice, and order the forthwith release and discharge of the above-named defendant on these charges.

                                    KENNETH L. WAINSTEIN
                                    UNITED STATES ATTORNEY
                                    Bar No. 451-058

               BY:   _____
                                    VINCENT CAPUTY
                                    ASSISTANT UNITED STATES ATTORNEY
                                    Bar No. 362-341
                                    Federal Major Crimes Section
                                    555 4th Street, N.W., Room 4647
                                    Washington, D.C. 20530
                                    (202) 514-6972

APPROVED AND GRANTED THIS _____
DAY OF _____, 2005.


_____
UNITED STATES MAGISTRATE JUDGE