UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :

      v.          :          MAGISTRATE NO. 05-0506M-01 (CR)

SHADAWCEA J. GARDNER,          :

FILED Judge's copy

OCT 2 0 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**D I S M I S S A L**

The United States, by its attorney, the United States Attorney for the District of Columbia,

pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby requests leave of Court

to dismiss the above-captioned case, without prejudice, and order the forthwith release and discharge

of the above-named defendant on these charges.

           KENNETH L. WAINSTEIN
           UNITED STATES ATTORNEY
           Bar No. 451-058

BY:

           VINCENT CAPUTY
           ASSISTANT UNITED STATES ATTORNEY
           Bar No. 362-341
           Federal Major Crimes Section
           555 4th Street, N.W., Room 4647
           Washington, D.C. 20530
           (202) 514-6972

APPROVED AND GRANTED THIS
DAY OF _____, 2005.

_____
UNITED STATES MAGISTRATE JUDGE